**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Carl BERNARD, aka Carl Benard, Defendant–Appellant.**

**No. 10–10219.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 7, 2013.\*

Filed Oct. 15, 2013.

Andrew Caputo, Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Carl Bernard, pro se, Steven Lubliner, Law Offices of Steven S. Lubliner, Petaluma, CA, for Defendant–Appellant.

Before: D.W. NELSON, M. SMITH, and IKUTA, Circuit Judges.

## MEMORANDUM \*\*

Carl Benard[1] ("Benard") appeals his guilty plea and sentence of 188 months for one count of possession of five or more grams of crack cocaine/cocaine base with intent to distribute. We have jurisdiction pursuant to 28 U.S.C. § 1291. We affirm.

1. The appellant's last name is "Benard," but the parties and the pleading captions persistently refer to the appellant as "Bernard."

Benard's plea and plea agreement bar this appeal. *United States v. Jeronimo,* 398 F.3d 1149, 1152–53 (9th Cir.2005). The record establishes that his plea and corresponding waiver of his right to appeal was knowing and voluntary. *United States v. Rahman,* 642 F.3d 1257, 1260 (9th Cir.2011).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

